IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

vs.                                                                                   Cr. No. H-10-185

VINCENT WALLACE ALDRIDGE
TORI ELYSE ALDRIDGE, and
GILBERT BARRY ISGAR

## JOINT PROPOSED QUESTIONS TO SUPPLEMENT THE JURY QUESTIONNAIRE

The parties in this matter, the United States of America and the Defendants Vincent Wallace Aldridge, Tori Elyse Aldridge, and Gilbert Barry Isgar, submit this Joint Proposed Questions to Supplement the Jury Questionnaire:

1. Have you or an immediate family member ever been employed as a lender, banker, home builder, mortgage broker, loan processor, realtor, title company escrow officer, fee attorney?

2. Have you or an immediate family member ever been employed by a lender, bank, home builder, mortgage broker, mortgage company, realtor, title company, fee attorney?

3. Have you or any member of your immediate family ever been accused of being involved in mortgage fraud or any other form of fraud?

4. Do you know anyone who has ever been falsely accused of mortgage fraud or of any other form of fraud?

5. Have you or any member of your immediate family ever felt that you were the victim of mortgage fraud or any other form of fraud?

6. Have you or any member of your immediate family ever assisted law enforcement in the investigation of alleged mortgage fraud?

7. Have you or has any member of your family ever been employed with any Federal law enforcement agency?

8. Have you ever purchased or refinanced a home?

9. Have you ever had a mortgage?

10. Have you ever had a significant dispute with a lender, bank, home builder, mortgage company, title company, real estate company, realtor, or fee attorney?

11. Have you ever purchased property as an investment?

12. Have you ever had any property that was the subject of a foreclosure?

13. Have you or an immediate family member ever suffered a financial loss in a real estate transaction as a result of any third parties actions?

14. Are you bothered by the federal government's bailout of the banking industry?

15. Who do you hold responsible for the banking industry's problems in the last 5 years, if anyone?

16. Have you ever started a new business?

Respectfully Submitted,

| | |
|---|---|
| MARJORIE A. MEYERS<br>Federal Public Defender<br>Southern District of Texas<br>Texas Bar No. 14003750<br>Southern District of Texas No. 3233 | /s/ Robert J. Fickman<br>ROBERT J. FICKMAN<br>Attorney-In-Charge<br>Fed. No. 3606<br>State Bar No. 06956500 |
| By /s/ M. Andres Sanchez-Ross<br>M. ANDRES SANCHEZ-ROSS<br>Assistant Federal Public Defender<br>Attorney in Charge<br>Southern District of Texas No. 743445<br>Texas State Bar No. 24056262<br>Attorneys for Defendant<br>440 Louisiana, Suite 1350<br>Houston, Texas   77002-1634<br>   Telephone:  713.718.4600<br>   Fax:          713.718.4610 | 440 Louisiana, Suite 800<br>Houston, Texas 77002<br>Ph. 713-655-7400<br>Fax 713-224-6008<br><br>Attorney for Defendant,<br>TORI ALDRIDGE |

## CERTIFICATE OF SERVICE AND CONFERENCE

I, M. Andres Sanchez-Ross, certify that on January 11, 2011 these proposed questions were emailed to Assistant United States Attorney Jennifer Lowery and to Tucker Graves, the attorney representing co-defendant Gilbert Isgar in this matter.  All parties agreed to file them as joint proposed questions.

/s/ M. Andres Sanchez-Ross
M. ANDRES SANCHEZ-ROSS