JUDGE_____**SIM LAKE**_____
CASE MANAGER __H. Carr_____   RPTR/TAPE_____
LAW CLERK __J. West_____   INTERPRETER_____

TIME ____/____ A.M.   __3:00__/__3:25__ P.M.   DATE __Jan. 12, 2011__
       begin  end      begin   end

CR. NO. __H-10-185__

UNITED STATES OF AMERICA           §   __Jennifer Lowery__ AUSA
                         vs.        §
                                    §

| Deft. No. | Deft. Name |
|---|---|
| 1 | Vincent Aldridge |
| 2 | Tori E. Aldridge |
| 3 | Gilbert Isgur |

§   __Miguel Sanchez__ ___ CJA
§   __Robert Fickman__ ___ CJA
§   __Tucker Graves__ ___ CJA
§   _____ ___ CJA
§   _____ ___ CJA
§   _____ ___ CJA

add'l defts. on reverse side

## HEARING

✓ Motion hearing held.
✓ Hearing held on __various motions__.
___ **Evidence presented** (exhibits admitted or testimony given) on: _____

___ All motions not expressly decided are denied without prejudice to being reurged.
___ Jury trial set _____ at _____.
___ Deft____ bond set/reduced to $_____ ____Cash ____Surety ____10% ___ PR.
___ Deft____ failed to appear, bench warrant to issue.
___ Deft____ bond ____continued ____forfeited.
___ Deft____ remanded to custody.

OTHER RULINGS_____

[57] Government's Motion for Reciprocal Discovery, Docket Entry No. 57, is GRANTED as and for the reasons stated on the record.

[70] Joint Proposed Questions for Supplemental Jury Questions, Docket Entry No. 70, was reviewed and revisions were agreed upon as and for the reasons stated on the record.

[69] The motion to sever of defendants Vincent Aldridge and Tori Elyse Aldridge, Docket Entry No. 69, is DENIED as and for the reasons stated on the record.