JUDGE **SIM LAKE**
CASE MANAGER Heather
LAW CLERK C. Pogge
RPTR/TAPE F. Warner
INTERPRETER _____
TIME ___ A.M. ___ 1:00 begin 4:10 end P.M.
DATE 1/18/11

CR. NO. 10-cr-0185

UNITED STATES OF AMERICA
vs.
§
§ Jenifer Lowery AUSA
§
§

| Deft. No. | Deft. Name |
|---|---|
| 1 | Vincent Wallace Aldridge |
| 2 | Tori Elyse Aldridge |
| 3 | Gilbert Barry Isgar |

§ Miguel Andres Sanchez-Ross
§ Robert James Ficksman
§ Tucker Graves
§
§

### Day of Jury / Bench Trial

☐ Deft _____ failed to appear, bench warrant to issue.   ☐ Bench trial begins.
☒ Voir dire begins.   ☒ Jury selected and sworn.   ☒ Jury trial begins.
☐ Govt presented evidence   ☐ Deft presented evidence.   ☐ Evidence concluded.
☐ Final arguments.   ☐ Court's charge to the jury.   ☐ Jury deliberating.
☐ Jury verdict   ☐ guilty/cts _____   ☐ not guilty/cts _____
☐ Court verdict   ☐ guilty/cts _____   ☐ not guilty/cts _____
☐ Order for PSI setting Disclosure and Sentencing dates signed.   ☐ Trial ends.
☐ Sentencing set _____ at _____.
☐ Deft _____ oral motion to remain on bond pending sentencing   ☐ Granted   ☐ Denied.
☐ Deft _____ bond ☐ set at $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ Govt oral motion to remand deft _____ to custody pending sentencing ☐ Granted ☐ Denied.
☐ Deft _____ remanded to custody.

Rulings: _____

Other: _____

Adjourned until: 8:30 a.m. on 1/19/11