JUDGE __SIM LAKE_____  RPTR/TAPE __F. Warner__

CASE MANAGER _____

LAW CLERK __C. Pogge_____  INTERPRETER _____

TIME __8:30__ | __11:45__ A.M. __1:00__ | __4:20__ P.M.   DATE __1/19/11__
     begin    end             begin    end

CR. NO. __10-cr-0185__

UNITED STATES OF AMERICA §
         vs.             §   __Jennifer Lowery__ AUSA
                         §
                         §
                         §
Deft. No.    Deft. Name  §
__1__  __Vincent W. Aldridge__    §  __Miguel Andres Sanchez-Ross__
                         §  __Brittany Carroll__
__2__  __Tori E. Aldridge__       §  __Robert Fickman__
                         §
__3__  __Gilbert B. Isgar__       §  __Tucker Graves__
                         §

__2__ Day of Jury / Bench Trial

☐ Deft _____ failed to appear, bench warrant to issue.   ☐ Bench trial begins.
☐ Voir dire begins.   ☐ Jury selected and sworn.          ☐ Jury trial begins.
☒ Govt presented evidence           ☒ Deft presented evidence.   ☐ Evidence concluded.
☐ Final arguments.                  ☐ Court's charge to the jury.  ☐ Jury deliberating.
☐ Jury verdict    ☐ guilty/cts _____    ☐ not guilty/cts _____
☐ Court verdict   ☐ guilty/cts _____    ☐ not guilty/cts _____
☐ Order for PSI setting Disclosure and Sentencing dates signed.   ☐ Trial ends.
☐ Sentencing set _____ at _____.
☐ Deft _____ oral motion to remain on bond pending sentencing  ☐ Granted ☐ Denied.
☐ Deft _____ bond ☐ set at $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ Govt oral motion to remand deft _____ to custody pending sentencing ☐ Granted ☐ Denied.
☐ Deft _____ remanded to custody.

Rulings: _____
_____
_____
_____

Other: _____
_____

Adjourned until: __1/20/11 at 8:30__