IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CRIMINAL NUMBER H-10-185-03 |
| | § | |
| GILBERT BARRY ISGAR, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Defendant, Gilbert Isgar's, First Amended Motion for a Judgment of Acquittal (Docket Entry No. 101) is **DENIED**.

**SIGNED** at Houston, Texas, on this the 1st day of March, 2011.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE