IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | CRIMINAL ACTION NO. |
| | § | H-10-CR-185-03 |
| vs. | § | |
| | § | |
| GILBERT ISGAR, | § | |
| | § | |
| **Defendant.** | § | |

### DEFENDANT'S UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES, GILBERT ISGAR, Defendant in this cause and moves the Court to enter an Order substituting James Scott Sullivan, Attorney at Law, as Defendant's attorney of record in place of Tucker Graves, Esquire, in the above entitled matter, and in support of said motion would respectfully show the Court as follows:

Mr. Graves was previously retained to represent Defendant in this matter. Mr. Isgar has retained the above attorney to represent him, and no longer desires that Mr. Graves represent him in this action. Mr. Isgar and Mr. Graves consent to this substitution:


  (Please see attached page)
*Gilbert Isgar, Defendant*



  (Please see attached page)
*Tucker Graves, Attorney at Law*

Counsel is aware of the sentencing date and will be present and ready as previously Ordered by this Court.

## CERTIFICATE OF CONFERENCE

The undersigned attorney contacted Jennifer Lowry, Assistant United States Attorney, lead counsel for the Government, and she has no opposition to the filing of this motion or to the relief requested herein.

WHEREFORE, Defendant Isgar prays that this Court grant this unopposed motion to substitute James Scott Sullivan as counsel of record on behalf of Defendant Isgar.

Respectfully submitted,

/s/ *James Scott Sullivan*
James Scott Sullivan
Law Offices of J. Scott Sullivan
405 S. Presa
San Antonio, Texas   78205
Telephone:     (210) 227-6000
Facsimile:      (210) 698-8781
Email: ssullivan18@satx.rr.com
Texas Bar No. 19483350
Southern District of Texas Bar No. 5962
*(Proposed) Attorney in Charge for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16h day of March, 2011, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to Jennifer Lowry, Assistant United States Attorney, and Tucker Graves, Attorney at Law via the Court's electronic filing system.

/s/ *James Scott Sullivan*
James Scott Sullivan